United States District Court
Southern District of Texas
**ENTERED**
December 25, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| ALEX FRANCOIS, § § § Petitioner, § VS. § MARIO GARCIA, *et al*, § § Respondents. § § § § | CIVIL ACTION NO. 5:20-CV-218 |

## JUDGMENT

For the reasons stated in the Court's Order of even date, Petitioner Alex Francois' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. 1) is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58. Therefore, the Court hereby enters JUDGMENT.

IT IS SO ORDERED.

SIGNED this 24th day of December, 2020.

Diana Saldaña
United States District Judge